**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 23-6512**

———————

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

   v.

ANTHONY ANDREWS, a/k/a Wheat,

          Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  James C. Dever III, District Judge.  (7:16-cr-00030-D-3)

———————

Submitted:  September 14, 2023                Decided: September 18, 2023

———————

Before WILKINSON, GREGORY, and RICHARDSON, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Anthony Andrews, Petitioner Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Andrews appeals the district court's order denying his motion to disqualify an Assistant United States Attorney. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Andrews*, No. 7:16-cr-00030-D-3 (E.D.N.C. May 9, 2023). While we grant Andrews' motion to seal his informal brief, we deny his motions to proceed by pseudonym and to consolidate. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
